Prepared by: Donald F. Campbell, Jr. (DC8924)

**GIORDANO, HALLERAN & CIESLA, P.C.**
Mail:  P.O. Box 190, Middletown, N.J. 07748
Deliver:  125 Half Mile Road, Red Bank, N.J. 07701
(732) 741-3900
Attorneys for Plaintiff, Kristensons Petroleum, Inc.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KRISTENSONS PETROLEUM, INC., | **TRENTON VICINAGE** |
| Plaintiff, | **Civil Action No.** |
| v. | |
| EXPLORER MARITIME CRUISES, LLC, AND TRAVEL DYNAMICS INTERNATIONAL, LTD, | |
| Defendant. | **COMPLAINT & JURY DEMAND** |

Kristensons Petroleum, Inc. (hereinafter referred to as "*KPI*") by way of complaint against Explorer Maritime Cruises, LLC ("*EMC*"), and Travel Dynamics International ("*TDI*"), by and through counsel, Giordano Halleran & Ciesla, P.C., says:

## JURISDICTION AND VENUE

1.    This Court has subject-matter jurisdiction pursuant to 28 U.S.C. § 1332 because this is an action between citizens of a foreign state and citizens of a State or different States, and the amount in controversy exceeds $75,000.00.

2.    Venue properly lies in the District of New Jersey pursuant to 28 U.S.C. § 1391(a)(2).

**PARTIES**

3.      KPI is a corporation conducting operations at 21 East Front Street, Red Bank, NJ 07701.

4.      EMC and TDI (hereinafter collectively referred to as "*Defendants*") are corporations conducting operations at 132 East 70th Street, New York, NY 10021 and are the owners and/or operators of the M/V Yorktown, a passanger ship hailing from New York, NY.

**BACKGROUND**

5.      Defendants are a company specializing in international vacation cruises on small passenger vessels.

6.      Defendants currently operates approximately six (6) small cruise ships transporting passengers to destinations located in the Mediterranean, Europe, Asia, Africa and the Antarctic.

7.      KPI is a company that engages is the purchase, sale and brokering of marine fuel oils.

8.      Defendants contacted KPI and requested fuel for the Yorktown.

9.      Pursuant to Defendants' request, KPI provided the fuel and issued invoices totaling $424,426.23.  A copy of the outstanding invoices are attached as "**Exhibit A**."

10.      KPI has demanded Defendant make payment on the Invoices, but payment has not been made.

11.      Pursuant to the terms of the agreement between the parties, KPI is entitled to reimbursement of interest, costs and fees, including legal fees, incurred as a result of Defendants' failure to make timely payment.

12.     Interest continues to accrue at the rate of 1.5% per month on all unpaid invoices.

## FIRST COUNT

13.     Plaintiff KPI reasserts each and every allegation set forth in all preceding paragraphs of this complaint as though fully set forth herein.

14.     There is due from Defendants the sum of $424,426.23, plus interest and legal fees, on a certain book account.  Payment has been demanded and has not been made.

**WHEREFORE**, Plaintiff, requests the Court enter judgment against Defendants, Explorer Maritime Cruises, LLC and Travel Dynamics International, in favor of Kristensons Petroleum, Inc. for $424,426.23, plus additional sums due after the filing of this complaint, costs, interest, attorneys' fees and such other relief as the Court deems equitable and just.

## SECOND COUNT

15.     Plaintiff KPI reasserts each and every allegation set forth in all preceding paragraphs of this complaint as though fully set forth herein.

16.     KPI sues Defendants for goods sold and delivered and services performed by KPI to Defendants upon the promise by Defendants to pay the agreed amount as set forth in the invoices annexed hereto.  Payment has been demanded and has not been made.

**WHEREFORE**, Plaintiff, requests the Court enter judgment against Defendants, Explorer Maritime Cruises, LLC and Travel Dynamics International, in favor of Kristensons Petroleum, Inc. for $424,426.23, plus additional sums due after the filing of this complaint, costs, interest, attorneys' fees and such other relief as the Court deems equitable and just.

## THIRD COUNT

17.     Plaintiff KPI reasserts each and every allegation set forth in all preceding paragraphs of this complaint as though fully set forth herein.

18.     KPI sues Defendants for the reasonable value of goods delivered and services rendered by KPI to Defendants upon the promise of KPI to pay a reasonable price for same, as set forth in the invoices annexed hereto.  Payment has been demanded and has not been made.

**WHEREFORE**, Plaintiff, requests the Court enter judgment against Defendants, Explorer Maritime Cruises, LLC and Travel Dynamics International, in favor of Kristensons Petroleum, Inc. for $424,426.23, plus additional sums due after the filing of this complaint, costs, interest, attorneys' fees and such other relief as the Court deems equitable and just.

## FOURTH COUNT

19.     Plaintiff KPI reasserts each and every allegation set forth in all preceding paragraphs of this complaint as though fully set forth herein.

20.     Defendants, being indebted to KPI in the sum of $424,426.23 upon an account stated between them, did promise to pay to KPI said sum.  Payment has been demanded and has not been made.

**WHEREFORE**, Plaintiff, requests the Court enter judgment against Defendants, Explorer Maritime Cruises, LLC and Travel Dynamics International, in favor of Kristensons Petroleum, Inc. for $424,426.23, plus additional sums due after the filing of this complaint, costs, interest, attorneys' fees and such other relief as the Court deems equitable and just.

## FIFTH COUNT

21.     Plaintiff KPI reasserts each and every allegation set forth in all preceding paragraphs of this complaint as though fully set forth herein.

22.     Defendants have been unjustly enriched since Defendants received the benefit of fuel without payment to KPI.

**WHEREFORE**, Plaintiff, requests the Court enter judgment against Defendants, Explorer Maritime Cruises, LLC and Travel Dynamics International, in favor of Kristensons Petroleum, Inc. for $424,426.23, plus additional sums due after the filing of this complaint, costs, interest, attorneys' fees and such other relief as the Court deems equitable and just.

GIORDANO, HALLERAN & CIESLA, P.C.
Attorneys for Plaintiff

By: */s/ Donald F. Campbell, Jr.*
    DONALD F. CAMPBELL, JR., ESQ.

Dated:  September 12, 2014

Docs #1670314-v1

# EXHIBIT A

Kristansons Petroleum, Inc.

06/18/14

## Amounts Receivable

| Item | Client | Original Due Date | Days Outstanding | | Amount | Overdue | Bunkering Details | Notes |
|------|--------|-------------------|------------------|---|--------|---------|-------------------|-------|
| 98783 | Explorer Maritime Cruises LLC | 01/16/14 | 153 | $ | 5,718.91 | | Yorktown 11/05/13 @ Norfolk, Virginia | |
| 98196 | Explorer Maritime Cruises LLC | 01/09/14 | 160 | $ | 633.55 | | Yorktown 12/10/13 @ Jacksonville, Florida | |
| 99221 | Explorer Maritime Cruises LLC | 01/21/14 | 157 | $ | 70,783.53 | | Yorktown 12/13/13 @ Jacksonville, Florida | |
| 99284 | Explorer Maritime Cruises LLC | 01/22/14 | 156 | $ | 11,841.02 | | Yorktown 12/13/13 @ Jacksonville, Florida | |
| 99356 | Explorer Maritime Cruises LLC | 02/02/14 | 136 | $ | 15,365.00 | | Yorktown 01/03/14 @ St. Thomas | |
| 99369 | Explorer Maritime Cruises LLC | 02/08/14 | 130 | $ | 21,850.00 | | Yorktown 01/09/14 @ St. Thomas | |
| 99439 | Explorer Maritime Cruises LLC | 02/14/14 | 124 | $ | 35,120.00 | | Yorktown 01/15/14 @ St. Thomas | |
| 99624 | Explorer Maritime Cruises LLC | 02/28/14 | 82 | $ | 79,025.00 | | Yorktown 01/23/14 @ Crown Bay, Harragon Dock, St. Thomas | |
| 99696 | Explorer Maritime Cruises LLC | 03/03/14 | 107 | $ | 31,920.00 | | Yorktown 02/01/14 @ Puerto Cortes, Honduras | |
| 99929 | Explorer Maritime Cruises LLC | 03/10/14 | 100 | $ | 22,900.00 | | Yorktown 02/03/14 @ Puerto Cortes, Honduras | |
| 99744 | Explorer Maritime Cruises LLC | 03/26/14 | 82 | $ | 41,220.00 | | Yorktown 02/15/14 @ Puerto Cortes, Honduras | |
| 99830 | Explorer Maritime Cruises LLC | 03/24/14 | 85 | $ | 23,468.04 | | Yorktown 02/22/14 @ Puerto Cortes, Honduras | |
| 99915 | Explorer Maritime Cruises LLC | 03/27/14 | 83 | $ | 18,000.00 | | Yorktown 02/25/14 @ Big Creek | |
| 99897 | Explorer Maritime Cruises LLC | 03/31/14 | 79 | $ | 22,830.00 | | Yorktown 03/01/14 @ Puerto Moreno | |

| Balance | Explorer Maritime Cruises LLC | | | $ | 424,425.23 | | | |

# kpi bridge oil

**THE REAL BUNKER COMPANY**

## INVOICE

**Kristensons-Petroleum, Inc**

| | |
|---|---|
| M/V Yorktown and/or master and/or | |
| owners and/or charterers and/or | |
| managers and/or operators and/or | |
| Explorer Maritime Cruises LLC | |
| c/oTravel Dynamics International | |
| 132 East 70th Street | |
| New York, NY 10021 | |
| UNITED STATES OF AMERICA | |

| | |
|---|---|
| Invoice Date: | 01/06/14 |
| Invoice No.: | 21023 |
| Our Order No.: | 98783 |
| Customer No.: | 50848 |
| Our Reference: | MLM/TAC |
| Page: | 1 |
| **Vessel Name:** | Yorktown |
| **Delivery Date:** | 11/08/13 |
| **Port:** | Norfolk, Virginia |
| **Your Reference:** | |

| Product/Quality | Quantity | Unit Price USD | Amount USD |
|---|---|---|---|
| Mobilgard 409 NC | 6.0000 Drums | 736.25 | 4,417.50 |
| Small Order fee | 1.0000 Lumpsum | 250.00 | 250.00 |
| Pumping from drums | 6.0000 Drums | 37.95 | 227.70 |
| Delivery Fee | 1.0000 Lumpsum | 500.00 | 500.00 |
| Sales tax | 5,395.2000 Lumpsum | 0.06 | 323.71 |

| | |
|---|---|
| **Total Amount Due** | **5,718.91** |
| **Due Date** | **01/16/14** |

Payable by telegraphic transfer in USD in full to:
PNC Bank NA
Two Tower Center Boulevard
08816 East Brunswick
UNITED STATES OF AMERICA

In favour of: Kristensons-Petroleum, Inc.

Account No.: 8007281163
ABA No.: 031 207 607
SWIFT: PNCCUS33
Reference: Invoice Number and Order Number

**ALL BANK CHARGES ARE FOR THE REMITTER'S ACCOUNT**
Please Note:  Interest will be charged to the buyer at 1.5% per month or pro-rata for
any part thereof in respect of late payment after due date.

**KRISTENSONS-PETROLEUM, INC.**

21 East Front Street   Red Bank   NJ 07701   United States of America   Phone: +1 732 219 7900   Fax: +1 732 219 7919   E-mail: newyork@kpibridgeoil.com   www.kpibridgeoil.com

# kpi bridge·oil

**THE REAL BUNKER COMPANY**

## INVOICE
**Kristensons-Petroleum, Inc**

M/V Yorktown and/or master and/or owners and/or
charterers and/or managers and/or operators and/or
Explorer Maritime Cruises LLC c/oTravel Dynamics
International
132  East 70th Street
New York, NY  10021
UNITED STATES OF AMERICA

| | |
|---|---|
| Invoice Date: | 12/30/13 |
| Invoice No.: | 20982 |
| Our Order No.: | 99190 |
| Customer No.: | 50848 |
| Our Reference: | MLM/TAC |
| Page: | 1 |
| **Vessel Name:** | Yorktown |
| **Delivery Date:** | 12/10/13 |
| **Port:** | Jacksonville, Flor |
| **Your Reference:** | |

| Product/Quality | Quantity | Unit Price USD | Amount USD |
|---|---|---|---|
| Mobil DTE 10 Excel 68 | 1.0000 Pails | 83.55 | 83.55 |
| Short Order Fee | 1.0000 Lumpsum | 300.00 | 300.00 |
| Short Notice Fee | 1.0000 Lumpsum | 250.00 | 250.00 |

| | |
|---|---|
| **Total Amount Due** | **633.55** |
| **Due Date** | **01/09/14** |

Payable by telegraphic transfer in USD in full to:
PNC Bank NA
Two Tower Center Boulevard
08816 East Brunswick
UNITED STATES OF AMERICA

In favour of: Kristensons-Petroleum, Inc.

Account No.: 8007281163
ABA No.: 031 207 607
SWIFT: PNCCUS33
Reference: Invoice Number and Order Number

**ALL BANK CHARGES ARE FOR THE REMITTER'S ACCOUNT**
Please Note:  Interest will be charged to the buyer at 1.5% per month or pro-rata for
any part thereof in respect of late payment after due date.

**KRISTENSONS-PETROLEUM, INC.**

21 East Front Street   Red Bank   NJ 07701   United States of America   Phone: +1 732 219 7900   Fax: +1 732 219 7919   E-mail: newyork@kpibridgeoil.com   www.kpibridgeoil.com

# kpi bridge oil

**THE REAL BUNKER COMPANY**

## INVOICE

**Kristensons-Petroleum, Inc**

M/V Yorktown and/or master and/or owners and/or
charterers and/or managers and/or operators and/or
Explorer Maritime Cruises LLC c/o Travel Dynamics
International
132 East 70th Street
New York, NY 10021
UNITED STATES OF AMERICA

| | |
|---|---|
| Invoice Date: | 12/30/13 |
| Invoice No.: | 20981 |
| Our Order No.: | 99221 |
| Customer No.: | 50848 |
| Our Reference: | MLM/TAC |
| Page: | 1 |
| **Vessel Name:** | Yorktown |
| **Delivery Date:** | 12/13/13 |
| **Port:** | Jacksonville, Flor |
| **Your Reference:** | |

| Product/Quality | Quantity | Unit Price USD | Amount USD |
|---|---|---|---|
| MGO | 18,909.0000 USG | 3.523 | 66,616.41 |
| Oil spill Tax | 18,909.0000 USG | 0.0019 | 35.93 |
| Federal Lust Tax | 18,909.0000 USG | 0.001 | 18.91 |
| FL Coastal Protection Fee | 18,909.0000 USG | 0.00048 | 9.08 |
| HAZMAT FEE | 1.0000 Lumpsum | 8.95 | 8.95 |
| Surcharge | 1.0000 Lumpsum | 47.27 | 47.27 |
| State Sales tax | 66,616.4100 Lumpsum | 0.06 | 3,996.98 |
| County Sales Tax | 1.0000 Lumpsum | 50.00 | 50.00 |

| | |
|---|---|
| **Total Amount Due** | **70,783.53** |
| **Due Date** | **01/12/14** |

Payable by telegraphic transfer in USD in full to:
PNC Bank NA
Two Tower Center Boulevard
08816 East Brunswick
UNITED STATES OF AMERICA

In favour of: Kristensons-Petroleum, Inc.

Account No.: 8007281163
ABA No.: 031 207 607
SWIFT: PNCCUS33
Reference: Invoice Number and Order Number

**ALL BANK CHARGES ARE FOR THE REMITTER'S ACCOUNT**
Please Note: Interest will be charged to the buyer at 1.5% per month or pro-rata for
any part thereof in respect of late payment after due date.
**KRISTENSONS-PETROLEUM, INC.**
21 East Front Street   Red Bank   NJ 07701   United States of America   Phone: +1 732 219 7900   Fax: +1 732 219 7919   E-mail: newyork@kpibridgeoil.com   www.kpibridgeoil.com

# kpi bridge oil

**THE REAL BUNKER COMPANY**

## INVOICE
**Kristensons-Petroleum, Inc**

M/V Yorktown and/or master and/or owners and/or
charterers and/or managers and/or operators and/or
Explorer Maritime Cruises LLC c/oTravel Dynamics
International
132 East 70th Street
New York, NY 10021
UNITED STATES OF AMERICA

| | |
|---|---|
| Invoice Date: | 06/19/14 |
| Invoice No.: | 21342 |
| Our Order No.: | 99264 |
| Customer No.: | 50848 |
| Our Reference: | MLM/TAC |
| Page: | 1 |
| **Vessel Name:** | Yorktown |
| **Delivery Date:** | 12/18/13 |
| **Port:** | Jacksonville, Flor |
| **Your Reference:** | |

| Product/Quality | Quantity | Unit Price USD | Amount USD |
|---|---|---|---|
| Exxon Mobil Delvac MX 15W40 | 15.0000 Pails | 61.464 | 921.96 |
| Mobilguard 409 NC | 600.0000 USG | 16.42 | 9,852.00 |
| Short Notice Fee | 1.0000 Lumpsum | 300.00 | 300.00 |
| FL Water Quality Tax | 675.0000 USG | 0.025 | 16.88 |
| Sales tax | 10,773.9600 Lumpsum | 0.07 | 754.18 |

| | |
|---|---|
| **Total Amount Due** | **11,845.02** |
| **Due Date** | **02/17/14** |

Payable by telegraphic transfer in USD in full to:
PNC Bank NA
Two Tower Center Boulevard
08816 East Brunswick
UNITED STATES OF AMERICA

In favour of: Kristensons-Petroleum, Inc.

Account No.: 8007281163
ABA No.: 031 207 607
SWIFT: PNCCUS33
Reference: Invoice Number and Order Number

**ALL BANK CHARGES ARE FOR THE REMITTER'S ACCOUNT**
Please Note:  Interest will be charged to the buyer at 1.5% per month or pro-rata for
any part thereof in respect of late payment after due date.
**KRISTENSONS-PETROLEUM, INC.**
21 East Front Street   Red Bank   NJ 07701   United States of America   Phone: +1 732 219 7900   Fax: +1 732 219 7919   E-mail: newyork@kpibridgeoil.com   www.kpibridgeoil.com

# kpi bridge oil

**THE REAL BUNKER COMPANY**

## INVOICE

**Kristensons-Petroleum, Inc**

M/V Yorktown and/or master and/or owners and/or
charterers and/or managers and/or operators and/or
Explorer Maritime Cruises LLC c/o Travel Dynamics
International
132 East 70th Street
New York, NY 10021
UNITED STATES OF AMERICA

| | |
|---|---|
| Invoice Date: | 01/10/14 |
| Invoice No.: | 21084 |
| Our Order No.: | 99356 |
| Customer No.: | 50848 |
| Our Reference: | MLM/TAC |
| Page: | 1 |
| **Vessel Name:** | Yorktown |
| **Delivery Date:** | 12/27/13 |
| **Port:** | San Juan, Puerto R |
| **Your Reference:** | |

| Product/Quality | Quantity | Unit Price USD | Amount USD |
|---|---|---|---|
| MGO | 5,941.0000 USG | 3.98 | 23,645.18 |

| | |
|---|---|
| **Total Amount Due** | **23,645.18** |
| **Due Date** | **01/26/14** |

Payable by telegraphic transfer in USD in full to:
PNC Bank NA
Two Tower Center Boulevard
08816 East Brunswick
UNITED STATES OF AMERICA

*In favour of: Kristensons-Petroleum, Inc.*

Account No.: 8007281163
ABA No.: 031 207 607
SWIFT: PNCCUS33
Reference: Invoice Number and Order Number

ALL BANK CHARGES ARE FOR THE REMITTER'S ACCOUNT
Please Note: Interest will be charged to the buyer at 1.5% per month or pro-rata for
any part thereof in respect of late payment after due date.

**KRISTENSONS-PETROLEUM, INC.**

21 East Front Street   Red Bank   NJ 07701   United States of America   Phone: +1 732 219 7900   Fax: +1 732 219 7919   E-mail: newyork@kpibridgeoil.com   www.kpibridgeoil.com

# kpi bridge oil

**THE REAL BUNKER COMPANY**

## INVOICE
**Kristensons-Petroleum, Inc**

M/V Yorktown and/or master and/or owners and/or
charterers and/or managers and/or operators and/or
Explorer Maritime Cruises LLC c/o Travel Dynamics
International
132 East 70th Street
New York, NY 10021
UNITED STATES OF AMERICA

| | |
|---|---|
| Invoice Date: | 01/13/14 |
| Invoice No.: | 21117 |
| Our Order No.: | 99389 |
| Customer No.: | 50848 |
| Our Reference: | MLM/TAC |
| Page: | 1 |
| **Vessel Name:** | Yorktown |
| **Delivery Date:** | 01/03/14 |
| **Port:** | St. Thomas |
| **Your Reference:** | |

| Product/Quality | Quantity | Unit Price USD | Amount USD |
|---|---|---|---|
| MGO DMA - ULSD | 3,500.0000 Gallon | 4.39 | 15,365.00 |

| | |
|---|---|
| **Total Amount Due** | **15,365.00** |
| **Due Date** | **02/02/14** |

Payable by telegraphic transfer in USD in full to:
PNC Bank NA
Two Tower Center Boulevard
08816 East Brunswick
UNITED STATES OF AMERICA

In favour of: Kristensons-Petroleum, Inc.

Account No.: 8007281163
ABA No.: 031 207 607
SWIFT: PNCCUS33
Reference: Invoice Number and Order Number

**ALL BANK CHARGES ARE FOR THE REMITTER'S ACCOUNT**
Please Note:  Interest will be charged to the buyer at 1.5% per month or pro-rata for
any part thereof in respect of late payment after due date.

**KRISTENSONS-PETROLEUM, INC.**
21 East Front Street   Red Bank   NJ 07701   United States of America   Phone: +1 732 219 7900   Fax: +1 732 219 7919   E-mail: newyork@kpibridgeoil.com   www.kpibridgeoil.com

# kpi bridge oil

**THE REAL BUNKER COMPANY**

## INVOICE
### Kristensons-Petroleum, Inc

M/V Yorktown and/or master and/or owners and/or
charterers and/or managers and/or operators and/or
Explorer Maritime Cruises LLC c/o Travel Dynamics
International
132 East 70th Street
New York, NY 10021
UNITED STATES OF AMERICA

| | |
|---|---|
| Invoice Date: | 01/13/14 |
| Invoice No.: | 21126 |
| Our Order No.: | 99439 |
| Customer No.: | 50848 |
| Our Reference: | MLM/TAC |
| Page: | 1 |
| **Vessel Name:** | Yorktown |
| **Delivery Date:** | 01/09/14 |
| **Port:** | St. Thomas |
| **Your Reference:** | |

| Product/Quality | Quantity | Unit Price USD | Amount USD |
|---|---|---|---|
| MGO DMA | 5,000.0000 Gallon | 4.39 | 21,950.00 |

| | Amount USD |
|---|---|
| **Total Amount Due** | **21,950.00** |
| **Due Date** | **02/08/14** |

Payable by telegraphic transfer in USD in full to:
PNC Bank NA
Two Tower Center Boulevard
08816 East Brunswick
UNITED STATES OF AMERICA

In favour of: Kristensons-Petroleum, Inc.

Account No.: 8007281163
ABA No.: 031 207 607
SWIFT: PNCCUS33
Reference: Invoice Number and Order Number

**ALL BANK CHARGES ARE FOR THE REMITTER'S ACCOUNT**
Please Note:  Interest will be charged to the buyer at 1.5% per month or pro-rata for
any part thereof in respect of late payment after due date.

**KRISTENSONS-PETROLEUM, INC.**

21 East Front Street   Red Bank   NJ 07701   United States of America   Phone: +1 732 219 7900   Fax: +1 732 219 7919   E-mail: newyork@kpibridgeoil.com   www.kpibridgeoil.com

# kpi bridge oil

**THE REAL BUNKER COMPANY**

## INVOICE
**Kristensons-Petroleum, Inc**

M/V Yorktown and/or master and/or owners and/or
charterers and/or managers and/or operators and/or
Explorer Maritime Cruises LLC c/oTravel Dynamics
International
132 East 70th Street
New York, NY 10021
UNITED STATES OF AMERICA

| | |
|---|---|
| Invoice Date: | 01/29/14 |
| Invoice No.: | 21244 |
| Our Order No.: | 99524 |
| Customer No.: | 50848 |
| Our Reference: | MLM/TAC |
| Page: | 1 |
| **Vessel Name:** | Yorktown |
| **Delivery Date:** | 01/15/14 |
| **Port:** | St. Thomas |
| **Your Reference:** | |

| Product/Quality | Quantity | Unit Price USD | Amount USD |
|---|---|---|---|
| MGO DMA | 8,000.0000 Gallon | 4.39 | 35,120.00 |

| | |
|---|---|
| **Total Amount Due** | **35,120.00** |
| **Due Date** | **02/14/14** |

Payable by telegraphic transfer in USD in full to:
PNC Bank NA
Two Tower Center Boulevard
08816 East Brunswick
UNITED STATES OF AMERICA

In favour of: Kristensons-Petroleum, Inc.

Account No.: 8007281163
ABA No.: 031 207 607
SWIFT: PNCCUS33
Reference: Invoice Number and Order Number

**ALL BANK CHARGES ARE FOR THE REMITTER'S ACCOUNT**
Please Note: Interest will be charged to the buyer at 1.5% per month or pro-rata for
any part thereof in respect of late payment after due date.

**KRISTENSONS-PETROLEUM, INC.**
21 East Front Street  Red Bank  NJ 07701  United States of America  Phone: +1 732 219 7900  Fax: +1 732 219 7919  E-mail: newyork@kpibridgeoil.com  www.kpibridgeoil.com

# kpi bridge oil

**THE REAL BUNKER COMPANY**

## INVOICE
**Kristensons-Petroleum, Inc**

M/V Yorktown and/or master and/or owners and/or
charterers and/or managers and/or operators and/or
Explorer Maritime Cruises LLC c/o Travel Dynamics
International
132 East 70th Street
New York, NY 10021
UNITED STATES OF AMERICA

| | |
|---|---|
| Invoice Date: | 03/18/14 |
| Invoice No.: | 21640 |
| Our Order No.: | 99586 |
| Customer No.: | 50848 |
| Our Reference: | MLM/TAC |
| Page: | 1 |
| **Vessel Name:** | Yorktown |
| **Delivery Date:** | 01/23/14 |
| **Port:** | Crown Bay Homeport |
| **Your Reference:** | |

| Product/Quality | Quantity | Unit Price USD | Amount USD |
|---|---|---|---|
| MGO DMA | 18,000.0000 Gallon | 4.39 | 79,020.00 |

| | |
|---|---|
| **Total Amount Due** | 79,020.00 |
| **Due Date** | 03/28/14 |

Payable by telegraphic transfer in USD in full to:
PNC Bank NA
Two Tower Center Boulevard
08816 East Brunswick
UNITED STATES OF AMERICA

In favour of: Kristensons-Petroleum, Inc.

Account No.: 8007281163
ABA No.: 031 207 607
SWIFT: PNCCUS33
Reference: Invoice Number and Order Number

**ALL BANK CHARGES ARE FOR THE REMITTER'S ACCOUNT**
Please Note: Interest will be charged to the buyer at 1.5% per month or pro-rata for
any part thereof in respect of late payment after due date.

**KRISTENSONS-PETROLEUM, INC.**
21 East Front Street   Red Bank   NJ 07701   United States of America   Phone: +1 732 219 7900   Fax: +1 732 219 7919   E-mail: newyork@kpi-bridgeoil.com   www.kpi-bridgeoil.com

# kpi bridge oil

**THE REAL BUNKER COMPANY**

## INVOICE
**Kristensons-Petroleum, Inc**

M/V Yorktown and/or master and/or owners and/or
charterers and/or managers and/or operators and/or
Explorer Maritime Cruises LLC c/o Travel Dynamics
International
132 East 70th Street
New York, NY 10021
UNITED STATES OF AMERICA

| | |
|---|---|
| Invoice Date: | 02/04/14 |
| Invoice No.: | 21288 |
| Our Order No.: | 99699 |
| Customer No.: | 50848 |
| Our Reference: | MLM/TAC |
| Page: | 1 |
| **Vessel Name:** | Yorktown |
| **Delivery Date:** | 02/01/14 |
| **Port:** | Puerto Cortes, Hon |
| **Your Reference:** | |

| Product/Quality | Quantity | Unit Price USD | Amount USD |
|---|---|---|---|
| MGO | 7,000.0000 Gallon | 4.56 | 31,920.00 |

| | |
|---|---|
| **Total Amount Due** | 31,920.00 |
| **Due Date** | 03/03/14 |

Payable by telegraphic transfer in USD in full to:
PNC Bank NA
Two Tower Center Boulevard
08816 East Brunswick
UNITED STATES OF AMERICA

In favour of: Kristensons-Petroleum, Inc.

Account No.: 8007281163
ABA No.: 031 207 607
SWIFT: PNCCUS33
Reference: Invoice Number and Order Number

### ALL BANK CHARGES ARE FOR THE REMITTER'S ACCOUNT
Please Note:  Interest will be charged to the buyer at 1.5% per month or pro-rata for
any part thereof in respect of late payment after due date.

**KRISTENSONS-PETROLEUM, INC.**

21 East Front Street   Red Bank   NJ 07701   United States of America   Phone: +1 732 219 7900   Fax: +1 732 219 7919   E-mail: newyork@kpibridgeoil.com   www.kpibridgeoil.com

# kpi bridge oil

**THE REAL BUNKER COMPANY**

## INVOICE
### Kristensons-Petroleum, Inc

| | |
|---|---|
| M/V Yorktown and/or master and/or owners and/or charterers and/or managers and/or operators and/or Explorer Maritime Cruises LLC c/oTravel Dynamics International<br>132 East 70th Street<br>New York, NY 10021<br>UNITED STATES OF AMERICA | Invoice Date: 02/10/14<br>Invoice No.: 21350<br>Our Order No.: 99744<br>Customer No.: 50848<br>Our Reference: MLM/TAC<br>Page: 1<br>**Vessel Name:** Yorktown<br>**Delivery Date:** 02/08/14<br>**Port:** Puerto Cortes, Hon<br>**Your Reference:** |

| Product/Quality | Quantity | Unit Price USD | Amount USD |
|---|---|---|---|
| MGO | 5,000.0000 Mts. | 4.58 | 22,900.00 |

| | |
|---|---|
| **Total Amount Due** | **22,900.00** |
| **Due Date** | **03/10/14** |

Payable by telegraphic transfer in USD in full to:
PNC Bank NA
Two Tower Center Boulevard
08816 East Brunswick
UNITED STATES OF AMERICA

In favour of: Kristensons-Petroleum, Inc.

Account No.: 8007281163
ABA No.: 031 207 607
SWIFT: PNCCUS33
Reference: Invoice Number and Order Number

**ALL BANK CHARGES ARE FOR THE REMITTER'S ACCOUNT**
Please Note: Interest will be charged to the buyer at 1.5% per month or pro-rata for
any part thereof in respect of late payment after due date.
KRISTENSONS-PETROLEUM, INC.

21 East Front Street  Red Bank  NJ 07701  United States of America  Phone: +1 732 219 7900  Fax +1 732 219 7919  E-mail: newyork@kpibridgeoil.com  www.kpibridgeoil.com

# kpi bridge oil

**THE REAL BUNKER COMPANY**

# INVOICE

**Kristensons-Petroleum, Inc**

M/V Yorktown and/or master and/or owners and/or charterers and/or managers and/or operators and/or Explorer Maritime Cruises LLC c/oTravel Dynamics International
132 East 70th Street
New York, NY 10021
UNITED STATES OF AMERICA

| | |
|---|---|
| Invoice Date: | 03/18/14 |
| Invoice No.: | 21642 |
| Our Order No.: | 99830 |
| Customer No.: | 50848 |
| Our Reference: | MLM/TAC |
| Page: | 1 |
| **Vessel Name:** | Yorktown |
| **Delivery Date:** | 02/15/14 |
| **Port:** | Puerto Cortes, Hon |
| **Your Reference:** | |

| Product/Quality | Quantity | Unit Price USD | Amount USD |
|---|---|---|---|
| MGO DMA | 9,000.0000 USG | 4.58 | 41,220.00 |

| | |
|---|---|
| **Total Amount Due** | 41,220.00 |
| **Due Date** | 03/28/14 |

Payable by telegraphic transfer in USD in full to:
PNC Bank NA
Two Tower Center Boulevard
08816 East Brunswick
UNITED STATES OF AMERICA

In favour of: Kristensons-Petroleum, Inc.

Account No.: 8007281163
ABA No.: 031 207 607
SWIFT: PNCCUS33
Reference: Invoice Number and Order Number

**ALL BANK CHARGES ARE FOR THE REMITTER'S ACCOUNT**
Please Note:  Interest will be charged to the buyer at 1.5% per month or pro-rata for
any part thereof in respect of late payment after due date.

**KRISTENSONS-PETROLEUM, INC.**
21 East Front Street   Red Bank   NJ 07701   United States of America   Phone: +1 732 219 7900   Fax: +1 732 219 7919   E-mail: newyork@kpibridgeoil.com   www.kpibridgeoil.com

# kpi bridge oil

**THE REAL BUNKER COMPANY**

## INVOICE

**Kristensons-Petroleum, Inc**

M/V Yorktown and/or master and/or owners and/or
charterers and/or managers and/or operators and/or
Explorer Maritime Cruises LLC c/oTravel Dynamics
International
132  East 70th Street
New York, NY  10021
UNITED STATES OF AMERICA

| | |
|---|---|
| Invoice Date: | 03/18/14 |
| Invoice No.: | 21643 |
| Our Order No.: | 99915 |
| Customer No.: | 50848 |
| Our Reference: | MLM/TAC |
| Page: | 1 |
| **Vessel Name:** | Yorktown |
| **Delivery Date:** | 02/22/14 |
| **Port:** | Puerto Cortes, Hon |
| **Your Reference:** | |

| Product/Quality | Quantity | Unit Price USD | Amount USD |
|---|---|---|---|
| MGO | 6,500.0000 USG | 3.61016 | 23,466.04 |

| | |
|---|---|
| **Total Amount Due** | **23,466.04** |
| **Due Date** | **03/24/14** |

Payable by telegraphic transfer in USD in full to:
PNC Bank NA
Two Tower Center Boulevard
08816 East Brunswick
UNITED STATES OF AMERICA

In favour of: Kristensons-Petroleum, Inc.

Account No.: 8007281163
ABA No.: 031 207 607
SWIFT: PNCCUS33
Reference: Invoice Number and Order Number

**ALL BANK CHARGES ARE FOR THE REMITTER'S ACCOUNT**
Please Note:  Interest will be charged to the buyer at 1.5% per month or pro-rata for
any part thereof in respect of late payment after due date.
**KRISTENSONS-PETROLEUM, INC.**
21 East Front Street   Red Bank   NJ 07701   United States of America   Phone: +1 732 219 7900   Fax: +1 732 219 7919   E-mail: newyork@kpibridgeoil.com   www.kpibridgeoil.com

# kpi bridge oil

**THE REAL BUNKER COMPANY**

## INVOICE
### Kristensons-Petroleum, Inc

| | |
|---|---|
| M/V Yorktown and/or master and/or owners and/or charterers and/or managers and/or operators and/or Explorer Maritime Cruises LLC c/o Travel Dynamics International 132 East 70th Street New York, NY 10021 UNITED STATES OF AMERICA | Invoice Date: 03/17/14 Invoice No.: 21627 Our Order No.: 99957 Customer No.: 50848 Our Reference: MLM/TAC Page: 1 |

**Vessel Name:** Yorktown
**Delivery Date:** 02/25/14
**Port:** Big Creek
**Your Reference:**

| Product/Quality | Quantity | Unit Price USD | Amount USD |
|---|---|---|---|
| MGO DMA  DUTY PAID | 2,900.0000 Gallon | 6.21 | 18,009.00 |

| | |
|---|---|
| **Total Amount Due** | **18,009.00** |
| **Due Date** | **03/27/14** |

Payable by telegraphic transfer in USD in full to:
PNC Bank NA
Two Tower Center Boulevard
08816 East Brunswick
UNITED STATES OF AMERICA

In favour of: Kristensons-Petroleum, Inc.

Account No.: 8007281163
ABA No.: 031 207 607
SWIFT: PNCCUS33
Reference: Invoice Number and Order Number

**ALL BANK CHARGES ARE FOR THE REMITTER'S ACCOUNT**
Please Note:  Interest will be charged to the buyer at 1.5% per month or pro-rata for
any part thereof in respect of late payment after due date.

**KRISTENSONS-PETROLEUM, INC.**

21 East Front Street   Red Bank   NJ 07701   United States of America   Phone: +1 732 219 7900   Fax: +1 732 219 7919   E-mail: newyork@kpibridgeoil.com   www.kpibridgeoil.com

# kpi bridge oil

**THE REAL BUNKER COMPANY**

## INVOICE
### Kristensons-Petroleum, Inc

M/V Yorktown and/or master and/or owners and/or
charterers and/or managers and/or operators and/or
Explorer Maritime Cruises LLC c/o Travel Dynamics
International
132  East 70th Street
New York, NY  10021
UNITED STATES OF AMERICA

| | |
|---|---|
| Invoice Date: | 03/18/14 |
| Invoice No.: | 21641 |
| Our Order No.: | 99980 |
| Customer No.: | 50848 |
| Our Reference: | MLM/TAC |
| Page: | 1 |
| **Vessel Name:** | Yorktown |
| **Delivery Date:** | 03/01/14 |
| **Port:** | Puerto Morelos |
| **Your Reference:** | |

| Product/Quality | Quantity | Unit Price USD | Amount USD |
|---|---|---|---|
| MGO DMA | 20.0000 Cbm. | 1,119.00 | 22,380.00 |
| Custom Fees | 1.0000 Lumpsum | 450.00 | 450.00 |

| | |
|---|---|
| **Total Amount Due** | **22,830.00** |
| **Due Date** | **03/31/14** |

Payable by telegraphic transfer in USD in full to:
PNC Bank NA
Two Tower Center Boulevard
08816 East Brunswick
UNITED STATES OF AMERICA

In favour of: Kristensons-Petroleum, Inc.

Account No.: 8007281163
ABA No.: 031 207 607
SWIFT: PNCCUS33
Reference: Invoice Number and Order Number

**ALL BANK CHARGES ARE FOR THE REMITTER'S ACCOUNT**
Please Note:  Interest will be charged to the buyer at 1.5% per month or pro-rata for
any part thereof in respect of late payment after due date.
KRISTENSONS-PETROLEUM, INC.

21 East Front Street   Red Bank   NJ 07701   United States of America   Phone: +1 732 219 7900   Fax: +1 732 219 7919   E-mail: newyork@kpibridgeoil.com   www.kpibridgeoil.com